IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MISTY DAWN LITTRELL, )
)
    Plaintiff, )
)
v. ) No. 2:10-cv-00027
) Judge Nixon
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

Pending before the Court is Plaintiff Misty Dawn Littrell's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 17), filed with a supporting Brief (Doc. No. 18). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion. (Doc. No. 19.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") (Doc. No. 20) recommending that Plaintiff's Motion be granted to the extent that the case should be remanded to the Commissioner in order to further evaluate Plaintiff's pain and related limitations (*id.* at 18). The Report was filed on September 13, 2011, and neither party has raised any objections.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS** Plaintiff's Motion and **REMANDS** this action for further proceedings consistent with the recommendations in the Report. This Order terminates this Court's jurisdiction over this action, and the case is **DISMISSED**.

    It is so ORDERED.

    Entered this \_\_\_3rd\_\_\_ day of October, 2011.

                                          JOHN T. NIXON, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT